NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000608**
**11-MAY-2017**
**07:46 AM**

NO. CAAP-16-0000608

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GLENN JENKS,
Claimant-Appellant/Appellee,
v.
PACIFIC OHANA HOSTEL CORPORATION,
Employer-Appellee/Appellant,
and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY,
Insurance Carrier-Appellee/Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEAL BOARD
(CASE NO. AB 2015-075; DCD NO. 2-14-03659)

ORDER DENYING THE MAY 5, 2017 MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the May 5, 2017 "Employer-[Appellee/Appellant] Pacific Ohana Hostel Corporation and Insurance Carrier[-Appellee/Appellant] Hawaii Employers' Mutual Insurance Company's [(collectively, **Appellants'**)] Motion for Reconsideration of Order Dismissing the Appeal for Lack of Appellate Jurisdiction," the papers in support, and the record, it appears that Appellants have not raised any point of law or fact that this court has overlooked or misapprehended. See Rule 40(b) of the Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 11, 2017.

Presiding Judge

Associate Judge

Associate Judge